SIMEON GODEFROY GIRAUD, Jr., Appellant, *v.* ANN ELIZABETH CAMPBELL, as Administratrix, etc., Respondent.

(Argued October 11, 1883 ; decided October 26, 1883.)

*O. M. Hungerford* for appellant.

*J. J. Perry* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.